THE STATE OF MONTANA EX REL. CORAL MANKIN, A/K/A CORAL K. STIEF, A/K/A KELLY BURTON, RELATOR, *v.* THE DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF YELLOWSTONE, AND ALL DEPARTMENTS THEREOF, RESPONDENT.

No. 13505.
Decided Sept. 7, 1976.
553 P.2d 987.

### ORDER

PER CURIAM:

This is an original proceeding wherein relator sought an appropriate writ to require the district court to dismiss charges against defendant now pending in said court.

Counsel was heard ex parte and the matter taken under advisement.

The Court now having considered the petition, exhibits, brief and oral argument presented declines to grant the relief sought. The relief requested is therefore denied and this action is dismissed.